IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ADAM MASKELL                                                                                                    PLAINTIFF

v.                                            Case No. 1:24-cv-1024

CINDY WAGNON, Court Clerk,
Bradley County, Arkansas                                                                              DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Byrant recommends that Plaintiff's Motion to Dismiss (ECF No. 13) be granted and all claims against Defendant be dismissed without prejudice. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R *in toto*. Plaintiff's Motion to Dismiss (ECF No. 13) hereby is **GRANTED**. Plaintiff's claims hereby are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge